# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**LACY DULL,**

    **Plaintiff,**

**v.**                                                   **No. CIV-16-0345 JCH/LAM**

**DESERT SUN, INC., et al.,**

    **Defendants.**

### ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH CHANGES AND SETTING CASE MANAGEMENT DEADLINES

At the Rule 16 scheduling conference held on June 16, 2016, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan [*Doc. 12*], filed June 9, 2016, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**